UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
Eastern Division

Lois Heisey

                Plaintiff,

v.                                           Case No.: 1:17−cv−01768
                                                   Honorable Sunil R. Harjani

Meijer, Inc., Inc., et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, April 26, 2019:

      MINUTE entry before the Honorable Sunil R. Harjani: Pursuant to the parties' Stipulation to Dismiss [67], this case is dismissed with prejudice. Each party shall bear its own costs. Defendants' Motions in Limine [58] and Plaintiff's Motion in Limine No. 1 [61] are denied as moot. Status hearing set for 5/8/2019 is stricken. Civil case terminated. Mailed notice(lxs, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.